JS-6

Christopher M. McDonald (SBN 198093)
Zeana Zoreikat (SBN 347009)
**MURCHISON & CUMMING, LLP**
18201 Von Karman Avenue, Suite 950
Irvine, California 92612-1077
Telephone:  (714) 972-9977
Facsimile:   (714) 972-1404
E-Mail       cmcdonald@murchisonlaw.com
             zzoreikat@murchisonlaw.com

Attorneys for Defendant,
WALMART, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SOTELO, an Individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>WALMART, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. 5:24-cv-00100-JGB-DTB<br><br>Hon. Jesus G. Bernal<br>Courtroom 1<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**<br><br>Action Filed:  August 22, 2023<br>Trial Date:    None Set |

### ~~[PROPOSED]~~ ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

March 7, 2024

_____
JESUS G. BERNAL
United States District Court Judge

1
STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

*Patricia Sotelo v. Walmart, Inc., et al.*
USDC Central District of California  Case No. 5:24-cv-00100-JGB-DTB

Our File No. 50686

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18201 Von Karman Avenue, Suite 950, Irvine, CA 92612-1077.

On March 6, 2024, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL     [PROPOSED] ORDER** on the interested parties in this action as follows:

Shauna Sarshar, Esq.                          Attorneys for Plaintiff, PATRICIA SOTELO
WINDSOR TROY
3699 Wilshire Blvd., Suite 1000
Los Angeles, CA  90010
Telephone:   (323) 800-5405
Facsimile:     (323) 498-2808
E-Mail: litigation@wtroy.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  Pursuant to the E-Filing System of the United States District Court, Central District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 6, 2024, at Irvine, California.

                              /s/ Johnetta Caldwell
                              Johnetta Caldwell